IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| RYAN DEVELOPMENT COMPANY, L.C. d/b/a Agriboard Industries )<br><br>Plaintiff, )<br><br>vs. )<br><br>INDIANA LUMBERMENS MUTUAL INSURANCE COMPANY, )<br><br>Defendant. ) | Case No.: 15-1064-EFM |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

This matter comes before the Court by agreement of all parties. Plaintiff, Ryan Development Company, L.C. d/b/a Agriboard Industries, appears by and through its counsel of record, Randall K. Rathbun of Depew Gillen Rathbun & McInteer, LC. Defendant Indiana Lumbermens Mutual Insurance Company appears by and through its counsel, Kevin M. McMaster of McMaster & McMaster, LLC.

WHEREUPON, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties to this action advise the Court that the matter has been arbitrated and both parties stipulate that all claims should be dismissed with prejudice.

APPROVED:

DEPEW GILLEN RATHBUN & MCINTEER LC


s/Randall K. Rathbun
Randall K. Rathbun #09765
8301 E. 21st Street N., Suite 450
Wichita, KS 67206-2936
Telephone: (316) 262-4000
Fax: (316) 265-3819
Email: Randy@depewgillen.com
*Attorneys for Plaintiff*

MCMASTER & MCMASTER LLC


s/Kevin M. McMaster
Kevin M. McMaster #11903
PO Box 2684
Wichita, KS 67201
Telephone: (316) 263-4281
Email: kmm@mcmasterlaw.com
*Attorneys for Defendant*